**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

——————————

**No. 23-1759**

——————————

SAMUEL A. LYONS,

        Plaintiff - Appellant,

    v.

ILEEN M. TICER GREENE, Former Lead Counsel for PMA Indemnity Insurance,

        Defendant - Appellee.

——————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Albert David Copperthite, Magistrate Judge.  (1:23-cv-00359-ADC)

——————————

Submitted:  November 21, 2023             Decided:  November 27, 2023

——————————

Before WILKINSON and NIEMEYER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

——————————

Affirmed by unpublished per curiam opinion.

——————————

Samuel A. Lyons, Appellant Pro Se.  Douglas A. Datt, KIERNAN TREBACH LLP, Rockville, Maryland, for Appellee.

——————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel A. Lyons appeals the magistrate judge's order granting Ileen M. Ticer Greene's motion to dismiss Lyons' amended complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's order. *Lyons v. PMA Indem. Ins.*, No. 1:23-cv-00359-ADC (D. Md. July 11, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c).